**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-md-2846**<br><br>**Judge Edmund A. Sargus, Jr.**<br>**Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
*Malave v. Davol, Inc., et al.*
**Case No. 2:21-cv-3902**

## ORDER

On June 18, 2021, Plaintiff Wanda Malave filed a complaint in this multidistrict litigation ("MDL") (Case No. 21-cv-3683, ECF No. 1).  In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Composix L/P hernia mesh device, a product manufactured by Defendants.  (*Id.*)  On July 7, 2021, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Composix L/P.  (ECF No. 1.)  On June 13, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 21-cv-3683.  (ECF No. 3.)  Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed.  Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

   **IT IS SO ORDERED.**


**12/13/2023**                                  s/Edmund A. Sargus, Jr._____
**DATE**                                            EDMUND A. SARGUS, JR.
                                                         UNITED STATES DISTRICT JUDGE